UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| DANIEL LUIS WENGER,<br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>    Defendant. | Civil Action No. 1:19-cv-0003 (LMB/TCB) |

**Stipulation of Dismissal**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate and agree that the action be dismissed with prejudice, each party to bear its own costs and fees. The claims asserted by Plaintiff in the above-captioned action have been settled by agreement of the parties.

Respectfully submitted,

*/s/ Ben Beliles*
BENJAMIN AARON BELILES
ANDREW DAVID CHERKASKY
(admitted *pro hac vice*)
Golden Law, Inc.
27702 Crown Valley Pkwy
Suite D4 #414
Ladera Ranch, CA 92694
Tel: (949) 491-1661
Fax: (949) 491-1467
ben@goldenlawinc.com
andy@goldenlawinc.com

*Counsel for the Plaintiff*

G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY

By: */s/ Rebecca Levenson*
REBECCA S. LEVENSON
Assistant United States Attorney
JOHN E. SWORDS
Special Assistant United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel: (703) 299-3760/3831
Fax: (703) 299-3983
Rebecca.s.Levenson@usdoj.gov
John.swords@usdoj.gov

*Counsel for the Defendant*

Date: August 29, 2019